IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **GUIDO M. SMET and SHEILA SMET** *Plaintiffs,* | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00931 |
| **STATE FARM LLOYDS and JESSICA HARRIS** *Defendants.* | § § § § | JURY TRIAL DEMAND |

## UNOPPOSED MOTION FOR REMAND

TO THE HONORABLE JUDGE OF SAID COURT:

1. Subsequent to the filing of Defendant's Notice of Removal, counsel for Plaintiffs, Guido M. Smet and Sheila Smet, and counsel for Defendants, State Farm Lloyds and Jessica Harris, arrived at an agreement and entered into a Stipulation regarding the amount in controversy in this case pursuant to 28 USC §1441(a), a copy of which is attached to this Motion as exhibit "A".

2. Pursuant to the Stipulation, Plaintiffs agree the damages in this case, excluding interest and costs, shall not exceed Seventy-Five Thousand Dollars ($75,000). Plaintiffs will not seek or accept any damages recovery or award that may be rendered in the above-captioned matter in excess of $75,000.00, excluding interest and costs. Plaintiffs renounce any judgment in excess of $75,000.00.

3. As a result of the above referenced stipulation, the amount in controversy will not exceed $75,000.00, and this Court will not have jurisdiction under 28 USCA §1332. Therefore, this case should be remanded to the District Court, 125th Judicial District, Harris County, Texas, as originally captioned: *Guido M. Smet and Sheila Smet v. State Farm Lloyds and Jessica Harris* as cause number 2015-11672.

WHEREFORE, the parties respectfully request the Court remand this case at this time.

Respectfully submitted,

PHIPPS, LLP
THE PHIPPS
102 Ninth Street
San Antonio, Texas 78215
Telephone:  (210) 340-9877
Telecopier: (210) 340-9899
Email: mphipps@phippsllp.com
Email: bfisher@phippsllp.com

By: _____
     MARTIN J. PHIPPS
     State Bar No. 00791444
     Federal Bar No. 30104

**ATTORNEYS FOR PLAINTIFFS**

Dale M. "Rett" Holidy
Three Allen Center
333 Clay Street
Houston, Texas 77002
Telephone: (713) 650-1313
Telecopier: (713) 739-7429
Email: rholidy@germer.com


By: *Rett Holidy w/ permission*
     DALE M. "RETT" HOLIDY
     State Bar No. 00792937
     Federal ID No. 21382

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

    This is to certify that on the 5th day of May 2015, a true and correct copy of the foregoing has been forwarded to counsel of record in accordance with Rule 5 of the Federal Rules of Civil Procedure:

***VIA FACSIMILE: (713) 739-7429***
Dale M. "Rett" Holidy
Three Allen Center
333 Clay Street
Houston, Texas 77002
Telephone: (713) 650-1313
Email: rholidy@germer.com

**COUNSEL FOR DEFENDANTS**

_____
Martin J. Phipps