IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| GUIDO M. SMET and SHEILA SMET, *Plaintiffs*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:15-CV-00931 |
| STATE FARM LLOYDS and JESSICA HARRIS *Defendants.* | § § § § | JURY TRIAL DEMAND |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR REMAND

Pending before this Court is Plaintiffs' Unopposed Motion for Remand, and the Court is of the opinion that the Motion is meritorious. It is, therefore,

ORDERED that Plaintiffs' Unopposed Motion for Remand is GRANTED. Thus, this case is hereby remanded back to the 125th Judicial District Court, Harris County, Texas.

Signed this 6th day of May, 2015.

_____
JUDGE PRESIDING